JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>RASPADOS XPRESS LA, INC.,<br><br>        Defendant. | No. CV 19-7016 PA (ASx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

    In accordance with the Court's August 10, 2020 Order granting the Motion for Default Judgment filed by plaintiff Rafael Arroyo, Jr. ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Plaintiff shall have judgment in his favor and against defendant Raspados Xpress LA, Inc. ("Defendant"); and

    2.    Defendant shall pay to Plaintiff the total amount of $6,672.50 (itemized as $6,272.50 in attorneys' fees and a filing fee of $400.00); and

    3.    Defendant , is ordered to provide wheelchair accessible sales counter and wheelchair accessible dining surfaces at Raspado Xpress restaurant located at 5540 Whittier Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Standards; and

4. Plaintiff shall have his costs of suit.

DATED: August 10, 2020

_____
Percy Anderson
United States District Judge

-2-